ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| 4T&M Co., Inc., f/k/a Islip Transformer | ) | ASBCA No. 60087 |
| and Metal Co., Inc. | ) | |
| | ) | |
| Under Contract No. DAAB07-03-C-G402 | ) | |

APPEARANCE FOR THE APPELLANT:    Ms. Judith Dubitsky
                                 Owner

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
                                   DCMA Chief Trial Attorney
                                 Charles W. Goeke, Esq.
                                   Senior Trial Attorney
                                   Defense Contract Management Agency
                                   Philadelphia, PA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 1 September 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60087, Appeal of 4T&M Co., Inc., f/k/a Islip Transformer and Metal Co., Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals